IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILENE I. CLARKE KUREK,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-0208<br>) |
| NORTH ALLEGHENY SCHOOL<br>DISTRICT,<br>    Defendant. | )<br>)<br>)<br>) |

JUDGMENT ORDER

AND NOW, this 27th day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, North Allegheny School District, and against against plaintiff, Ilene I. Clarke Kurek.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:  All Counsel of Record